**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 01-20403

---

MATAGORDA VENTURES INC; ET AL

Plaintiffs

MATAGORDA VENTURES, INC.
and JAMES DALE BIRDSONG, JR.,

Plaintiffs-Appellants,

VERSUS

TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY
and FARMINGTON CASUALTY COMPANY,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Southern District of Texas, Houston Division

---

(H-98-CV-4213)

May 14, 2002

Before GARWOOD and DENNIS, Circuit Judges, and LITTLE,[*] District
Judge.

PER CURIAM:[**]

---

[*] Chief Judge of the Western District of Louisiana, sitting by
designation.

[**] Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

After considering the briefs, the record, and the oral arguments of counsel, we hold that judgment was properly rendered for the appellees, essentially for the reasons stated by the district court.  AFFIRMED.